UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JULIA C. BELTRAN, et al.,<br><br>Defendants. | Case No.: 3:18-cv-2099-CAB-LL<br><br>**ORDER GRANTING PLAINITFF'S MOTION FOR ATTORNEY'S FEES**<br><br>[Doc. No. 12] |

On February 4, 2019, the Court entered default judgment in favor of Plaintiff, awarding $3,000 in statutory damages and $2,500 in compensatory damages. In the default judgment order, the Court acknowledged that Plaintiff is entitled to an award of reasonable attorneys' fees and costs by right under 47 U.S.C. § 605, and gave Plaintiff until February 15, 2019 to provide an accounting of the fees and costs it seeks. Plaintiff has now submitted a motion for attorneys' fees and costs that includes an hourly accounting of the fees sought along with receipts for the costs requested. In total, Plaintiff seeks fees of $3,143.32 and costs of $1,147.41.

As for the fees, "[c]ourts first apply the lodestar method to determine a reasonable fee and then may adjust any award up or down depending on various factors." *J & J Sports Prods., Inc. v. Paz-Padilla*, No. 3:12-CV-02228-GPC, 2013 WL 6002872, at *2 (S.D. Cal.

Nov. 12, 2013). "The lodestar is calculated by multiplying the number of hours the prevailing party reasonably expended by a reasonable hourly rate." *Id.* Here, Plaintiffs's counsel spent a total of 14.43 hours divided among a partner at a rate of $500/hour, a research attorney at a rate of $300/hour, a paralegal at a rate of $200/hour, and an administrative assistant at a rate of $100/hour. The Court finds the total number of hours spent to be reasonable, and dividing the total fees sought ($3,143.32) by the total number of hours spent yields a rate of $217.83/hour, which the Court also finds to be a reasonable blended rate for this geographic area. Accordingly, the total amount of fees sought is reasonable.

As for the costs, section 605 instructs that the court "shall direct the recovery of *full costs*. . ." 47 U.S.C. § 605(e)(3)(B)(iii) (*emphasis* added). For this language to have any meaning it must include costs that go beyond those to which Plaintiff would be entitled as the prevailing party in the absence of this provision. To that end, Plaintiff seeks costs including investigative expenses ($500.00), filing fee ($400.00), service of process fees ($202.00), and courier charges ($15.41), for a total of $1,117.41. These costs are allowed by law and reasonable.

Accordingly, it is hereby **ORDERED** that Plaintiff's motion for attorneys' fees and costs is **GRANTED** and awards Plaintiff $3,143.32 in attorneys' fees and $1,117.32 in costs.

It is **SO ORDERED**.

Dated: March 1, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge